# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5013**　　　　　　　　　　　　　　　　　　**September Term, 2012**

1:12-mc-00352-DAR

**Filed On: May 2, 2013** [1433898]

Federal Energy Regulatory Commission,

     Appellant

  v.

J.P. Morgan Ventures Energy Corporation,

     Appellee

    **BEFORE:**　Chief Judge Garland, Circuit Judge Brown, and Senior Circuit Judge Sentelle

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on May 2, 2013 at 9:39 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Robert M. Kennedy (FERC), counsel for Appellant.

  Miguel A. Estrada, counsel for Appellee.

                        **FOR THE COURT:**
                        Mark J. Langer, Clerk

        BY:   /s/
                  Shana E. Thurman
                  Deputy Clerk